IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **Probe Resources, Ltd.**[1] | : | Case No. 10-41286 |
|    24 Waterway, Suite 1450 | : | |
|    The Woodlands, TX 77380 | : | |
| | : | |
|    Tax ID #:xxxxxxxxx xx0001 | : | |
|    (Canadian Revenue Agency) | : | |
| **Debtor** | : | (Joint Administration Requested) |
| | : | |

### REQUEST FOR EXPEDITED CONSIDERATION OF MOTION FOR ORDER UNDER FED. R. BANKR. P. 1015(b), DIRECTING JOINT ADMINISTRATION AND OTHER RELIEF

On November 16, 2010 Probe Resources US Ltd. and certain of its subsidiaries (the "US Debtors") filed for relief under Chapter 11 of the Bankruptcy Code. Since that time, the US Debtors have continued to operate and manage their business as debtors-in-possession pursuant to §§ 1107 and 1108(a) of the Bankruptcy Code.

On this date (the "Petition Date") Probe Resources, Ltd., the above-captioned debtor and debtor-in-possession (the "Debtor") filed for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate and manage its business as debtor-in-possession pursuant to §§ 1107 and 1108(a) of the Bankruptcy Code.

On the date of this request (the "Request"), the Debtor filed a *Motion for Order Under Fed. R. Bankr. P. 1015(b), Directing Joint Administration and Other Relief* [P-4] (the "Motion"). Counsel for the Debtor believes the Debtor needs expedited consideration of the Motion, and requests that December 21st at 3:00 p.m. be set as the hearing date for the Motion.

---

[1] Certain affiliated Debtors have filed for relief as follows: Probe Resources US Ltd. (10-40395), Probe ST 214 Ltd. (10-40396), Probe High Island 115 Ltd. (10-40397), and Probe Resources Energy Marketing US Ltd. (10-40398).

{00311247-1}

Expedited consideration of the Motion is necessary so that the orders entered or that will be entered in connection with the bankruptcy case of Probe Resources US Ltd., Case No. 10-40395, will also be applicable to the Debtor. In addition, the date which the Debtor seeks for hearing on the Motion has already been established as a hearing date by the Court with respect to the US Debtors, the relief requested in the Motion is not material, and most of the parties affected by the relief requested in the Motion were previously noticed of the matters referenced in the paragraph 4 of the Motion.

## NOTICE

Notice of this Request has been given to: (a) the Office of the United States Trustee for the Southern District of Texas; (b) K-2 Principal Fund; (c) K2 Principal Fund, L.P.; (d) the initial Debtor; (e) Debtor's top twenty creditors as filed with the Petition; and (f) all parties who request notices pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.  In light of the nature of the relief requested, the Debtor submits that no further notice is required.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order granting the Debtor's Request for an Expedited Hearing of the Motion for Order Under Fed. R. Bankr. P. 1015(b), Directing Joint Administration and Other Relief.

December 8, 2010

/s/Douglas S. Draper
Douglas S. Draper (LA Bar No. 5073)
William H. Patrick, III (LA Bar No. 10359)
Leslie A. Collins (LA Bar No. 14891)
Greta M. Brouphy (LA Bar No. 26216)
**Heller, Draper, Hayden, Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone:  504-299-3300; Fax 504-299-3399
E-mail: ddraper@hellerdraper.com
E-mail: wpatrick@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com
Attorneys for the Debtors and Debtors-in-Possession